E-FILED
Thursday, 09 April, 2026  02:52:31 PM
Clerk, U.S. District Court, ILCD

FILED

APR 0 9 2026

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

# UNITED STATES DISTRICT COURT
## for the
### Central District of Illinois

JOHN DOE
_____  )
Plaintiff(s)                          )
                                         )
                                         )
            vs.                        )        Case Number: _26-cv-2104_
University of Illinois, Board of trustees  )
Alexander Vickery Holland, MARIAH YOUNG  )
Defendant(s)   CHARLES LEE ISABELL JR )

## MOTION TO REQUEST COUNSEL

1.    I, _____John Doe_____, declare that I am (check one)
☑Plaintiff    ☐ Defendant   in the above-entitled proceeding and state that I am
unable to afford the services of an attorney, and I request that the Court assist me in
seeking volunteer counsel to represent me in this proceeding.

2.    In support of my motion, I declare that I have contacted the following
attorneys/organizations seeking representation in this case: **(This item must be
completed, and you should attach documentation showing that you have asked
several attorneys to represent you in this case.)**

MARK ROTH  ,  ROTH FIORETTI LLC
ANGELO VAZQUEZ , SHEPPARD LAW FIRM

3.    In further support of my motion, I declare that (check appropriate box):

☑    I am not currently, nor previously have been represented by an attorney appointed
by the Court in this or any other civil or criminal proceeding before this Court.

☐    I am currently, or previously have been, represented by an attorney appointed by
this Court in the proceeding(s) described on the back of this page.

4.    In further support of my motion, I declare that (check appropriate box):

☑    I have attached an original Application to Proceed In Forma Pauperis detailing my
financial status.

☐    I have previously filed an Application to Proceed In Forma Pauperis in this
proceeding and it is a true and correct representation of my financial status.

4.    (continued)

☐    I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5.    In further support of my motion, I declare that my highest level of education is (check one):

☐ Grammar school only        ☐ Some high school        ☐ High School graduate

☑ Some college        ☐ College graduate        ☐ Post-graduate

6.    (Check only if applicable): ☐ In further support of my motion, I declare that my ability to speak, write, and/or read English is limited, because English is not my primary language or because (explain reason):

7.    I declare under penalty of perjury that the foregoing is true and correct.

Date: April 9th, 2026

_____
Movant's Signature

_____
Street Address

_____
City/State/Zip

**Failure to complete all items in this form may result in the denial of this motion.**