E-FILED
Friday, 10 April, 2026 03:32:40 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 01e

# FAQs Regarding Academic Integrity Records

**When an academic integrity violation is reported to the Office for Student Conflict Resolution (OSCR), what happens next?**

1. The violation is entered into the student's disciplinary record, housed in the Advocate by Symplicity database.
2. If this is the student's first violation (and assuming there is no recommendation for dismissal), OSCR staff will send the student an email notifying them of the violation's entry into their record and the possible consequences for subsequent violations.
3. If this is not the student's first violation, an OSCR dean will email the student a formal charge notice, which instructs the student to schedule a meeting with the dean. Following this meeting, the student will be issued university-level sanctions. According to the guidance issued by the Senate Committee on Student Discipline, students are typically placed on conduct probation for their second violation and dismissed from the university for all further violations.

**Who within the university has access to a student's disciplinary record?**

All university disciplinary officers have access to a student's disciplinary record, as well as a few select staff in the Office of the Dean of Students. Disciplinary information can be shared with other university employees only if those employees have a legitimate educational interest in those records. As it is unusual for such an interest to exist outside of the disciplinary process, such information is rarely requested or shared.

When a student is placed on conduct probation, however, OSCR does notify an appropriate contact in the student's college (the Graduate College for graduate students). And likewise, when a student is dismissed, their college is notified of this fact, as well as the Office of the Registrar and other units as appropriate (ISSS for international students, for example).

**When is a disciplinary matter noted on a student's academic transcript?**

Only when a student is dismissed is a disciplinary notation added to their transcript. The nature of the violation is not noted. And when the student successfully petitions to return to the university, the notation is removed.

**Who outside of the university has access to a student's disciplinary record?**

The release of disciplinary information is governed by the Family Educational Rights and Privacy Act (FERPA), more information about which can be found in Article 3, Part 6 of the Student Code at https://studentcode.illinois.edu/article3/part6/3-601/.

In most cases, disciplinary records are only shared with outside entities with the student's permission or as a result of a subpoena. If you sign a release for others to view your records, then you should expect that the following information would be included: a statement describing the behavior for which you have been held accountable, any sections of the Student Code you have been found to have violated, any sanctions or penalties that have been imposed, and whether you have complied with those sanctions.

You may be asked if you faced any disciplinary action (academic integrity violations would be included) for graduate, law, and medical school applications. It is expected that you answer this honestly.

**How long are disciplinary records retained?**

OSCR does not currently destroy or delete disciplinary records, but OSCR does have policies, established by the Senate Committee on Student Discipline, that govern how long a disciplinary record is "reportable." A reportable record is disclosed in a disciplinary record check and can count as disciplinary history in the event the student violates policy again. All academic integrity records are

reportable for six years from the finding. Conduct probation records are reportable for seven years, and dismissal records are reportable indefinitely. The reportability of a student's complete disciplinary record is controlled by the most serious sanction.


## Office of the Provost

Swanlund Administration Building
601 E John Street, MC 304
Champaign, IL 61820
(217) 333-6677
Email: provost@illinois.edu


Website update or broken link?
Please email provostwebupdates@illinois.edu

### Resources

- Illinois Human Resources
- University Senate
- Strategic Plan
- Consumer Information
- Accreditation

### Explore Campus

- University Admissions
- Careers at Illinois
- University News
- Visit Campus

### Connect with Illinois

- University Alumni
- Giving at Illinois
- University Calendars
- University Directory

### Access University Resources

- Emergency Services
- McKinley Health Center
- Connie Frank CARE Center
- University Library

About Cookies Privacy Copyright Accessibility