E-FILED
Friday, 10 April, 2026 03:32:41 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 04

Outlook

## UIUC Student Conduct Update: Charge Notice - IMPORTANT

**From** illinois-advocate@advocate.symplicity.com <illinois-advocate@advocate.symplicity.com>
**Date** Wed 11/5/2025 11:13 AM
**To** [redacted]

1 attachment (176 KB)
OSCR_Student_Info_Sheet_SSM_8 12 24.pdf;

November 05, 2025

**Note: The complainant has been copied on this communication.**

[redacted]
sent via email to [redacted]

Dear [redacted]

The Office for Student Conflict Resolution has received a report in which it is alleged that on June 01, 2025, you were involved in an incident which may violate the Student Code at the University of Illinois at Urbana-Champaign. It is alleged that between February 2025 and approximately August 2025, you knowingly engaged in inappropriate conversations via the Discord application with a female minor, age 16, residing in the United Kingdom.

Furthermore, it is alleged that you requested and received sexually explicit photographs, video recordings, and audio recordings from this individual.

It is also alleged that you sent sexually explicit photographs, video recordings, and audio recordings of yourself to this individual.. Such conduct, if proven, would fall within the jurisdiction of the student discipline system and could constitute a violation of our community standards, specifically:

**Student Code/1-302.n.5,**
**Student Code/1-302.l,**
**Student Code/1-302.b.3 - Sexual exploitation,**
**Student Code/1-302.b.2 - Sexual harassment,**
**Student Code/1-302.s**
The Student Code is available for review at https://studentcode.illinois.edu/.

I have been assigned as your investigator. Please call my office, 217-333-3680, during normal business hours (Monday - Friday, 8:30 a.m. - 5 p.m.) and no later than November 12, 2025, to arrange an appointment with me through my assistant. This meeting should occur within seven business days of this notice, unless a conflict between my availability and your academic schedule requires a delay. Office staff will not be prepared to discuss your case over the phone when you call.

During this appointment, we will discuss this process and the allegations against you, and you will have an opportunity to provide your perspective on what may have happened. I will take notes on our discussion and may have additional questions for you. You may bring someone with you to this appointment to advise you, but this advisor may not actively participate in our discussion.

This letter also serves as a reminder that the university prohibits retaliation against anyone who, in good faith, reports or discloses a violation of university policy, files a complaint, or otherwise participates in an investigation, proceeding, complaint, or hearing in the student discipline system. Retaliation may include but is not limited to harassment, intimidation, threats, coercion, or adverse employment action. Retaliation is a serious violation and can result in dismissal from the university.

The Student Code also prohibits knowingly making false statements or submitting false information to university officials. Although you may choose not to speak about these allegations or not to answer questions, you must be honest throughout this process.

Prior to our meeting, you should review Articles II and III and Appendix D of the Student Disciplinary Procedures, which includes a list of your rights and a detailed description of the process we will follow in addressing this matter. Should you have questions after reading this appendix, you may contact me. You will also be provided an opportunity to ask questions during our meeting.

Sincerely,

Mariah Young
Associate Director and Assistant Dean of Students

xc: Student File [redacted] -- Student ID: [redacted] Title IX Office; Complainant