E-FILED
Friday, 10 April, 2026 03:32:41 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 05

| Timestamp | Speaker | Quote |
|---|---|---|
| 00:20:03 | Alexander Vickery-Holland | “I will not entertain, we were just teenagers. That is not something that we’re going to entertain in this conversation.” |
| 00:23:17 | John Doe | "I'd like to say that in terms of the images that were saved on my device, none of them were explicitly depicting the subject in the nude." |
| 00:26:48 | Mariah Young | "I know what the universal standard in terms of what nude means in that context, but then you’re saying that that’s not that. So if you’re redefining nude, can you explain to me how you’re defining nude in this context?" |
| 00:35:10 | Mariah Young | "Was your penis erected in that photo?" |
| 00:37:16 | Alexander Vickery-Holland | "[Doe], why would we have a purple box here if it wasn't covering something up?" |
| 00:45:52 | Alexander Vickery-Holland | "Would it be reasonable to assume that you blurred that because it was your penis?" |
| 00:46:17 | John Doe | "I want to be abundantly 100% crystal clear. I never ever once depicted anything explicit or graphic to the other party. And, you know, I can add on, if there's like a further doubt about that, I can pull up my own conversation live with the complainant and try to find that image and share it with the panel if necessary." |
| 01:16:48 | Mariah Young | "Did you share with anybody how old she was?" |
| 01:17:03 | Mariah Young | "Why didn’t you share with anybody that you all had a relationship beyond friendship?" |
| 01:19:08 | Mariah Young | "You didn’t see anything wrong with the relationship you had built with the complainant, correct?" |