E-FILED
Friday, 10 April, 2026 03:32:42 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 06

| Evidence Packet | PDF Rendering | Actual Image |
|---|---|---|
|  |  |  |
| The photo, as it appeared in the hearing evidence packet—with a purple rectangle completely obscuring the content—was the only version the panel saw prior to the hearing, and the Chair inferred nudity from this obscured image at [00:37:16]. *See* EX-05 (Selected Quotes from Hearing Recording). | The panel encountered this image for the first time during the hearing itself at [00:45:52], after considerable difficulty navigating a 3,000-plus-page evidence packet in real time to locate an image bearing the caption “SPOILER.” *See* EX-05 (Selected Quotes from Hearing Recording). | This is the unobscured photograph from the Discord thread, which the Panel neglected to view despite the Plaintiff requesting to show it during the hearing at [00:46:17]. The image shows gray Hanes underwear and contains no nudity. *See* EX-05 (Selected Quotes from Hearing Recording). |