# EXHIBIT 09

Messages attributed to John Doe are redacted in red; those attributed to Jane Roe are redacted in black.

[redacted] 10/22/25, 4:51 PM [redacted]

I'm sorry. I'll be trying to get the case with you dismissed.

I really hope you're doing better. I still care about you a lot.

You don't need to speak at all but Ive done a lot of reflection and work on myself to just be better and I realise I hurt you very deeply and caused you lots of problems.

I hope you atleast know I do feel sorry for it all. I really do.

[redacted] 10/22/25, 4:59 PM

It'll never make up for the damage I did I know that.

I know it was all really uncalled for and just so fucking stupid really. I know now atleast I could have spoken to you directly and not been convinced by others to just hate you.

You never made me uncomfortable either.

I truly think I was convinced by others people that you never cared about me and you only saw me sexually when I know you didnt. I don't know why I let other people get to my head on that.

[redacted] 10/22/25, 5:05 PM

I apologize as well- I should've been more explicit with you about the things that occurred outside our situationship, but I really hope that none of my words or actions caused you any lasting harm beyond that

[redacted] 10/22/25, 5:05 PM

I know you never want to befriend me or anything and it hurts to know that but I know I did something damaging to you.

---

[redacted] I apologize as well- I should've been more explicit with you about the things that occurred outside our situationship, but I really hope that none of ...

[redacted] 10/22/25, 5:05 PM

You never hurt me [redacted]

[redacted] 10/22/25, 5:05 PM

then I'm relieved to hear that [redacted] 😌

[redacted] 10/22/25, 5:05 PM

Nothing you did was harmful to me. I was hurt that you were talking to [redacted]

I was balling when I found that out and I couldn't get over it.

I know im just a horrible person to you now but Ive just been so worried about you

Its been eating me for ages to find out

When I found out about the suicidal shit and the bullying I felt so horrible for you [redacted]

I know how painful it is and I hate to think I made you suffer

I should also mention I never made the document against you, I only gave images and I don't agree with the document that [redacted] made anymore.

Yet I do know how bad it was I am aware and again I am sorry and that's all I can feel to you.