E-FILED
Friday, 10 April, 2026 03:32:43 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 10

# Chronological Timeline, Sanction Comparator & Mitigating Factor Analysis

## PART A Chronological Process Timeline

Appendix D, § 9(a) caps the investigation and hearing at 60 business days, permitting extensions only in 10-business-day increments upon written notice with stated good cause. The process ran 143 business days from complaint filing and 95 business days from notice—exceeding the cap by approximately 35 business days with zero written extension notices issued.

| Date | Business Day | Milestone | Policy Note |
|---|---|---|---|
| **Aug 29, 2025** | Day 0 (pre-notice) | University files formal complaint in lieu of complainant. Plaintiff receives no notice. | *Complaint initiated. 68-calendar-day notice delay begins.* |
| **Oct 22, 2025** | ≈Day −14 (pre-notice) | Complainant sends Discord message: "I'm sorry. I'll be trying to get the case with you dismissed." | *University later charges Plaintiff with 'interference' for this conversation—which occurred 14 days before the No Contact Order and before any notice.* |
| **Nov 5, 2025** | Day 1 | Plaintiff receives Allegation Notice / Charge Letter. 68 calendar days (≈49 business days) after complaint filed. | *Appendix D § 4(m): Notice delay requires documented individualized safety/risk analysis. No such analysis found in the record.* |
| **Nov 13, 2025** | Day 7 | Respondent intake meeting completed. | — |
| **Dec 11, 2025** | Day 27 | OSCR sends vague status email: investigator "reviewing evidence." Only communication in a 6-week stretch. | *Does NOT satisfy § 9(a) written extension notice requirement.* |
| **≈Jan 29, 2026** | Day 60 | 60-business-day cap EXPIRES. No follow-up meeting held, no evidence packet sent, no investigative report finalized, no hearing scheduled. | *§ 9(a) cap reached. ZERO extension notices issued. Process now proceeding out of policy compliance.* |
| **Feb 16, 2026** | Day 74 | Follow-up meeting finally held—14 business days after cap expired. | *No written extension notice issued.* |
| **Feb 23, 2026** | Day 79 | Evidence packet sent to parties. | *No written extension notice issued.* |
| **Mar 2, 2026** | Day 84 | Investigative report finalized. | *No written extension notice issued.* |
| **Mar 3, 2026** | Day 85 | Hearing notice issued. | *No written extension notice issued.* |
| **Mar 10, 2026** | Day 90 | Panel hearing held. | *No written extension notice issued.* |
| **Mar 17, 2026** | Day 95 | Panel written decision (Subcommittee Decision Notification) issued. | *Process ended 35 business days past the § 9(a) cap. 0 of the required 3–4 written extension notices ever issued.* |
| **Mar 24, 2026** | — | Plaintiff files SCSD appeal. | *Ex. 3 — SCSD Appeal Filing.* |
| **Mar 31, 2026** | — | SCSD appeal hearing held. | — |
| **Apr 8, 2026** | — | SCSD appeal decision received. | — |

**Legend**

- ■ Gray — Pre-process / Notice delay
- ■ Amber — Policy concern / No extension notice
- ■ Red — Out-of-policy (past 60-day cap)

## **PART B** Sanction Comparator

Comparison of John Doe’s five-year dismissal to standard UIUC dismissal durations for other documented violations per the University’s published Sanctioning Guidance (Exhibit 1d). No prior disciplinary history, no physical contact, and no distribution to third parties were present in this matter.

| Violation | Standard Dismissal | Physical Contact? | Notes |
|---|---|---|---|
| Armed Robbery | 1 year before petition | Yes — physical threat/force | Violent physical crime against person |
| Rape / Sexual Assault | 2 years before petition | Yes — physical contact | Most serious category of sexual misconduct |
| Arson | 3 years before petition | No — property crime | Deliberate destruction of university or personal property |
| **John Doe (this matter)** | **5 years** | None — entirely online | No UIUC-affiliated victim; non-member UK minor; no image confirmed; 9 mitigating factors ignored; sanction exceeds all above by 2+ years |

## **PART C** Mitigating Factor Analysis

UIUC's Sanctioning Guidance (Ex. 1d) directs panels to identify and weigh mitigating factors when determining sanctions. The Subcommittee Decision Notification (Ex. 02) listed aggravating factors only. The following nine mitigating factors were supported by evidence in the record and were not addressed in the Subcommittee Decision Notification.

| Mitigating Factor | Sanctioning Guidance Reference | Evidence in Record |
|---|---|---|
| **No prior disciplinary history** | *"Prior violations are aggravating — their absence is mitigating"* | No prior violations at UIUC or any institution |
| **Voluntary counseling (13 sessions)** | *"Did respondent take immediate steps to address underlying issues?"* | Began counseling Aug/Sep 2025 — before charge letter received |
| **Full cooperation with investigation** | *Non-cooperation is explicitly aggravating; cooperation is mitigating* | Attended every meeting, submitted all requested materials, appeared at hearing |
| **No physical harm / no in-person conduct** | *Degree of harm; physical vs. non-physical conduct* | All alleged conduct was entirely online |
| **No distribution to third parties** | *Degree of harm; community impact* | No conversations or images shared with any third party |
| **Complainant stated she was not harmed** | *"Level of physical, emotional, or financial damage to impacted parties"* | Complainant stated: "Nothing you did was harmful to me." (Ex. 09 — Complainant Request to Dismiss) |
| **Complainant initiated dismissal request** | *Context of conduct; complainant's own characterization* | Oct. 22 message was complainant-initiated, 14 days before no-contact directive |
| **Academic record / educational investment** | *Purpose of sanctioning: education — does student benefit from continued enrollment?* | 4.0 GPA; accelerated 3-year CS graduation path; 5 weeks from semester completion |
| **No UIUC community harm** | *Scope of conduct; university community impact* | Conduct involved no UIUC community members, no campus resources, no university affiliation of complainant |