E-FILED
Friday, 10 April, 2026 03:32:43 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 11

# Spring 2026 Enrollment & Degree Completion Plan

**Purpose:** This exhibit establishes Plaintiff's current enrollment status, the specific courses and credit hours at risk from the five-year dismissal, and the cumulative academic investment that would be forfeited. Data is drawn from Plaintiff's UIUC degree completion plan (Ex. 12), the UIUC Course Catalog (catalog.illinois.edu), and Plaintiff's academic record (Ex. 13a).

## PART A Spring 2026 Course Enrollment (At Risk)

The following four courses constitute Plaintiff's Spring 2026 enrollment (13 credit hours). Each course includes substantial group project components. The five-year dismissal, if enforced, forfeits all 13 credit hours with approximately 5 weeks remaining in the semester.

| Course | Title | Cr. | Format / Components | Description |
|---|---|---|---|---|
| **CS 211** | Ethical & Professional Conduct | 3 | Discussions, hands-on assignments, group exercises | Navigating the ethical and professional landscape of computing: privacy, intellectual property, cybersecurity, and freedom of speech. |
| **CS 374** | Intro to Algorithms & Models of Computation | 4 | Algorithm design projects, group problem sets | Analysis of algorithms; recursive, divide-and-conquer, dynamic programming, greedy, and graph algorithms. Group-heavy project coursework. |
| **CS 411** | Database Systems | 3–4 | Multi-week group database project; peer collaboration required | Entity-relationship model; relational data models. Functional dependencies and normal forms. Signature group project component. |
| **CS 441** | Applied Machine Learning | 3–4 | ML implementation projects, team assignments | Regression, classification, neural networks, and signal processing techniques. Applied team projects are a significant portion of the course grade. |
| **TOTAL** | **Spring 2026 (4 courses)** | **13** | | |

## **PART B** Full Degree Completion Plan

Plaintiff is on an accelerated 3-year graduation track (vs. the standard 4-year path), completing the B.S. in Computer Science following High School AP/dual-enrollment credits. Source: Ex. 12.

| Fall 2024 | Spring 2025 | Fall 2025 | Spring 2026 (AT RISK) | Summer 2026 | Fall 2026 |
|---|---|---|---|---|---|
| CLCV 224 | CS 173 | CS 222 | **CS 211** | CS 341 (CS351 – IIT) | PHYS 212 (PHY220, PHY221 – IWCC) |
| CS 100 | CS 361 | CS 225 | **CS 374** | CS 421 (CSCE314 – TAMU) | CS 498 – AI Agents in the Wild |
| CS 124 | CWL 207 | CS 233 | **CS 411** | PHYS 211 (PHY210, PHY211 – IWCC) | CS 498 – Data Management in the Cloud |
| CS 128 | MATH 257 | CS 357 | **CS 441** | | CS 447 |
| ENG 100 | | | | | CS 410 |
| FR 156 | | | | | CS 427 |
| MATH 241 | | | | | CS 445 |
| **18 cr** | **12 cr** | **12 cr** | **13 cr** | **11 cr** | **22 cr** |

**Note:** All courses scheduled after Spring 2026 (Summer 2026 and Fall 2026) can be completed either online through UIUC or at a different institution and transferred for credit, should on-campus presence be a concern. Specifically, the Summer 2026 courses—CS 341, CS 421, PHYS 211, and PHYS 212—are already planned as transfer-equivalent courses at other institutions (IIT, TAMU, and IWCC, as noted above). The Fall 2026 courses—including CS 498 (AI Agents in the Wild), CS 498 (Data Management in the Cloud), CS 447, CS 410, CS 427, CS 445, and PHYS 212—are available through UIUC's online offerings or can similarly be completed at accredited institutions for transfer credit.

## **PART C** Academic Credit Summary & Dismissal Impact

| Category | Credit Hours | Notes |
|---|---|---|
| High School AP / Dual Enrollment (transferred) | 41 | Accepted by UIUC toward B.S. CS degree requirements |
| Fall 2024 (completed) | 18 | Completed; grades on record (Ex. 13a) |
| Spring 2025 (completed) | 12 | Completed; grades on record (Ex. 13a) |
| Fall 2025 (completed) | 12 | Completed; grades on record (Ex. 13a) |
| **Spring 2026 (AT RISK — 4 courses)** | 13 | In progress; ≈5 weeks remaining. Forfeited if dismissal enforced. |
| Summer 2026 / Fall 2026 (planned) | 32 | Final two semesters to complete degree |
| **TOTAL toward B.S. CS (incl. Spring 2026)** | **96 / ≈128 req.** | Plaintiff is ≈75% complete toward degree |

## **PART D** Remaining Examinations & In-Person Class Sessions

The following table details the specific examinations and in-person class sessions remaining in the Spring 2026 semester that would be forfeited by the five-year dismissal.

### Upcoming Examinations

| Examination | Date | Duration |
|---|---|---|
| **CS 374 Midterm 2** | April 13, 2026 | 120 minutes |
| **CS 411 Quiz 3** | April 15, 2026 | 50 minutes |
| **CS 211 Final** | May 7, 2026 | 120 minutes |
| **CS 374 Final** | May 14, 2026 | 120 minutes |

### Remaining In-Person Class Sessions

| Course | Remaining Dates | Total Time |
|---|---|---|
| **CS 211** | 4/13, 4/15, 4/20, 4/22, 4/27, 4/29, 5/4, 5/6 | 400 min |
| **CS 411** | 4/14, 4/16, 4/21, 4/23, 4/28, 4/30, 5/5, 5/7 | 600 min |
| **TOTAL** | **Examinations + In-Person Classes** | **1,410 min** |

**Total remaining on-campus time: 1,410 minutes (23.5 hours)**

### Impact of Five-Year Dismissal

Enforcement of the five-year dismissal would (1) forfeit 13 in-progress credit hours with approximately 5 weeks remaining in the semester; (2) interrupt Plaintiff's accelerated graduation trajectory, as peer collaborators in CS 374 and CS 411 would be directly prejudiced; (3) require Plaintiff to disclose the dismissal on all future academic transfer applications, functionally barring comparable CS program admission; and (4) permanently disqualify Plaintiff from federal security clearance eligibility under SF-86 Guidelines D and E. Monetary damages cannot restore a forfeited academic semester, disrupted graduation timeline, or foreclosed career path.