E-FILED
Friday, 10 April, 2026 03:32:43 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 12

Outlook

## Office for Student Conflict Resolution Update: Your No Contact Directive Request

**From** illinois-advocate@advocate.symplicity.com <illinois-advocate@advocate.symplicity.com>
**Date** Wed 11/5/2025 11:37 AM
**To** [redacted]

November 05, 2025

[redacted]
sent via email to [redacted]

Dear [redacted]

I am writing to inform you that I have now sent a No Contact Directive to [redacted]

As we discussed in our meeting, by making this request, you are also agreeing to abide by the terms of the directive. As such, you are to have NO CONTACT with this individual until further notice. ("Contact" includes physical contact with the other party as well as written, verbal, electronic, and third-party communications to them. Contact does not include an exercise of the right to free speech, freedom of the press, or right to assembly that is otherwise lawful. Contact does not include inadvertent contact or merely being in the physical presence of the other party in a public location but does include intentional conduct directed at the other party that a reasonable person under the circumstances would conclude is intended to intimidate or harass, whether such conduct occurs in public or in private.) If you fail to comply, you may face charges before the appropriate Subcommittee on Student Conduct. Such violations can have very significant consequences, including dismissal from the university.

At any point in the future, you may request that I lift the No Contact Directive, but please be aware that it remains in effect until you hear otherwise from me (or from Office for Student Conflict Resolution staff).

Please let me know if you have any questions.

Sincerely,




Mariah Young
Associate Director and Assistant Dean of Students

xc: Student File [redacted]