E-FILED
Friday, 10 April, 2026 03:32:44 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 13a

# U of Illinois Urbana-Champaign

## Unofficial Academic Transcript

This is not an official transcript. Courses which are in progress may also be included on this transcript.

UNOFFICIAL

## Transcript Data

### STUDENT INFORMATION

Name
Respondent

Birth Date
[REDACTED]

**Most Recent Primary Program**

**Bachelor of Science**

College
Grainger Engineering

Major and Department
Computer Science, Siebel School
Comp & Data Sci

### TRANSFER CREDIT ACCEPTED BY INSTITUTION

**FA24: ACT/SAT**

| Subject | Course | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|
| RHET | 105 | Writing and Research | PS | 4.000 | 0.00 | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term | 0.000 | 4.000 | 4.000 | 0.000 | 0.00 | 0.00 |

**FA24: Advanced Placement Tests**

| Subject | Course | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|
| CHEM | 102 | General Chemistry I | PS | 3.000 | 0.00 | |
| CHEM | 104 | General Chemistry II | PS | 3.000 | 0.00 | |
| CS | 101 | Intro Computing: Engrg & Sci | PS | 3.000 | 0.00 | |
| ECON | 102 | Microeconomic Principles | PS | 3.000 | 0.00 | |
| GGIS | 104 | Social and Cultural Geography | PS | 4.000 | 0.00 | |
| LAS | 1-- | Test-Based Credit | PS | 3.000 | 0.00 | |
| LAS | 1-- | Test-Based Credit | PS | 3.000 | 0.00 | |
| MATH | 220 | Calculus | PS | 5.000 | 0.00 | |
| MATH | 231 | Calculus II | PS | 3.000 | 0.00 | |
| PHYS | 2-- | Test-Based Credit | PS | 4.000 | 0.00 | |
| PHYS | 2-- | Test-Based Credit | PS | 4.000 | 0.00 | |
| RHET | 105 | Writing and Research | PS | 4.000 | 0.00 | E |
| STAT | 100 | Statistics | PS | 3.000 | 0.00 | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term | 0.000 | 41.000 | 41.000 | 0.000 | 0.00 | 0.00 |

### INSTITUTION CREDIT

**Term: Fall 2024 - Urbana-Champaign**

College
Grainger Engineering

Major
Computer Science

Academic Standing
Status Under Review

Additional Standing
Deans List

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|---|---|
| CLCV | 224 | Urbana-Champaign | 1U | Greco-RomanAntiquityUSMinority | A | 3.000 | 12.00 | |
| CS | 100 | Urbana-Champaign | 1U | Computer Science Orientation | A | 1.000 | 4.00 | |
| CS | 124 | Urbana-Champaign | 1U | Intro to Computer Science I<br>Dept proficiency test | PS | 3.000 | 0.00 | |
| CS | 128 | Urbana-Champaign | 1U | Intro to Computer Science II | A | 3.000 | 12.00 | |
| ENG | 100 | Urbana-Champaign | 1U | Engineering Orientation | A | 1.000 | 4.00 | |
| FR | 156 | Urbana-Champaign | 1U | Exploring Paris | A+ | 3.000 | 12.00 | |

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|---|---|
| MATH | 241 | Urbana-Champaign | 1U | Calculus III | A | 4.000 | 16.00 | |

| Term Totals (Undergrad - Urbana-Champaign) | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term | 15.000 | 18.000 | 18.000 | 15.000 | 60.00 | 4.00 |
| Cumulative | 15.000 | 18.000 | 18.000 | 15.000 | 60.00 | 4.00 |

**Term: Spring 2025 - Urbana-Champaign**

| College | Major | Academic Standing |
|---|---|---|
| Grainger Engineering | Computer Science | Status Under Review |

Additional Standing
Deans List

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|---|---|
| CS | 173 | Urbana-Champaign | 1U | Discrete Structures | A | 3.000 | 12.00 | |
| CS | 361 | Urbana-Champaign | 1U | Prob & Stat for Computer Sci | A+ | 3.000 | 12.00 | |
| CWL | 207 | Urbana-Champaign | 1U | Indian Cinema in Context | A | 3.000 | 12.00 | |
| MATH | 257 | Urbana-Champaign | 1U | Linear Algebra w Computat Appl | A | 3.000 | 12.00 | |

| Term Totals (Undergrad - Urbana-Champaign) | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term | 12.000 | 12.000 | 12.000 | 12.000 | 48.00 | 4.00 |
| Cumulative | 27.000 | 30.000 | 30.000 | 27.000 | 108.00 | 4.00 |

**Term: Fall 2025 - Urbana-Champaign**

| College | Major | Academic Standing |
|---|---|---|
| Grainger Engineering | Computer Science | Status Under Review |

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|---|---|
| CS | 222 | Urbana-Champaign | 1U | Software Design Lab | A | 1.000 | 4.00 | |
| CS | 225 | Urbana-Champaign | 1U | Data Structures | A | 4.000 | 16.00 | |
| CS | 233 | Urbana-Champaign | 1U | Computer Architecture | A+ | 4.000 | 16.00 | |
| CS | 357 | Urbana-Champaign | 1U | Numerical Methods I | A | 3.000 | 12.00 | |

| Term Totals (Undergrad - Urbana-Champaign) | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term | 12.000 | 12.000 | 12.000 | 12.000 | 48.00 | 4.00 |
| Cumulative | 39.000 | 42.000 | 42.000 | 39.000 | 156.00 | 4.00 |

**TRANSCRIPT TOTALS**

| Transcript Totals (Undergrad - Urbana-Champaign) | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Total Institution | 39.000 | 42.000 | 42.000 | 39.000 | 156.00 | 4.00 |
| Total Transfer | 0.000 | 45.000 | 45.000 | 0.000 | 0.00 | 0.00 |
| Overall | 39.000 | 87.000 | 87.000 | 39.00 | 156.00 | 4.00 |

**COURSE(S) IN PROGRESS**

**Term: Spring 2026 - Urbana-Champaign**

| College | Major |
|---|---|
| Grainger Engineering | Computer Science |

| Subject | Course | Campus | Level | Title | Credit Hours |
|---|---|---|---|---|---|
| CS | 211 | Urbana-Champaign | 1U | Ethical & Professional Conduct | 3.000 |
| CS | 374 | Urbana-Champaign | 1U | Intro to Algs & Models of Comp | 4.000 |
| CS | 411 | Urbana-Champaign | 1U | Database Systems | 3.000 |
| CS | 441 | Urbana-Champaign | 1U | Applied Machine Learning | 3.000 |

UNOFFICIAL