E-FILED
Friday, 10 April, 2026 03:32:44 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 13b

Chicago Public Schools

[redacted]

Chicago, IL 60610

## High School Transcript of Student Progress

Legal Name: [redacted]
Affirmed Name: N/A
CPS ID: [redacted]
Born: [redacted]
Freshman SY: 2020■2021
Academic Plan: [redacted] PreFresh Alg/Geo 18-present

State SIS ID: [redacted]

Guardian: [redacted]
Address: [redacted]
(8/6/2024 [redacted]

Date Graduated: 06/07/2024

### A MINIMUM OF 24 TOTAL CREDITS (DEFINED BELOW) REQUIRED FOR A CPS DIPLOMA

| | |
|---|---|
| 4 ENGLISH | 2 FINE ARTS |
| 3 MATHEMATICS | 2 PHYSICAL ED OR ROTC |
| 3 SCIENCE | 1 CAREER ED |
| 3 SOCIAL SCIENCE | 1 COMPUTER SCI |
| 2 WORLD LANGUAGES | 3 ELECTIVES |

### NON-CREDIT REQUIREMENT ■ COMPLETED

| | |
|---|---|
| SERVICE LEARNING CIVICS PROJECT 1 | 06/23 |
| SERVICE LEARNING PROJECT 2 | 06/21 |
| DRIVER EDUCATION | 06/22 |
| CONSTITUTION (PL195) | 06/22 |
| CONSUMER/FINANCIAL ED | 06/21 |
| HEALTH EDUCATION | 01/21 |
| STATE MANDATED EXAM | 04/23 |
| LEARN.PLAN.SUCCEED | 05/24 |
| FINANCIAL AID APPLICATION | 01/24 |

### PRE NINTH GRADE

| Semester Ending | Days Absent | Times Tardy | Class Rank |
|---|---|---|---|
| SM1/SY19 | 1.0 | 0.0 | |
| CumGPA: | | Unweighted: | |
| SM2/SY19 | 3.0 | | |
| CumGPA: | | 0.0 Unweighted: | |

### FIRST SEMESTER

| LV | SUBJECT NAME | YR | SM | GRADE | CREDIT | |
|---|---|---|---|---|---|---|
| N | Algebra Competency | 1 | 1 | P | 0.0000 | A |

SEM WEIGHTED GPA: 0.0000

### SECOND SEMESTER

| LV | SUBJECT NAME | YR | SM | GRADE | CREDIT | |
|---|---|---|---|---|---|---|
| N | NS2 Algebra Competency | 1 | 2 | P | 0.0000 | A |

SEM WEIGHTED GPA: 0.0000

### FRESHMAN YEAR

| Semester Ending | Days Absent | Times Tardy | Class Rank |
|---|---|---|---|
| SM1/SY21 | 0.5 | 0.0 | |
| CumGPA: | 5.0000 | Unweighted: | 4.0000 |
| SM2/SY21 | 0.0 | | |
| CumGPA: | 5.0000 | 0.0 Unweighted: | 4.0000 |

### FIRST SEMESTER

| LV | SUBJECT NAME | YR | SM | GRADE | CREDIT |
|---|---|---|---|---|---|
| A | AS1 AP Human Geography | 1 | 1 | A | 0.5000 |
| N | Geometry Competency | 1 | 1 | P | 0.0000 |
| N | Health Education | 3 | 1 | P | 0■0000 |
| H | HS1 Art I | 1 | 1 | A | 0.5000 |
| H | HS1 English [redacted] | 1 | 1 | A | 0.5000 |
| H | HS1 French III | 3 | 1 | A | 0.5000 |
| H | HS1 Physics | 1 | 1 | A | 0.5000 |
| H | HS1 Pre-Calculus BC | 1 | 1 | A | 0.5000 |
| R | RS1 PE I | 1 | 1 | A | 0.5000 |

SEM WEIGHTED GPA: 5.0000 3.5000

### SECOND SEMESTER

| LV | SUBJECT NAME | YR | SM | GRADE | CREDIT |
|---|---|---|---|---|---|
| A | AS2 AP Human Geography | 1 | 2 | A | 0.5000 |
| N | Financial Education ■OTHER | 1 | 1 | P | 0.0000 |
| H | HS2 Art I | 1 | 2 | A | 0■5000 |
| H | HS2 English [redacted] | 1 | 2 | A | 0.5000 |
| H | HS2 French III | 3 | 2 | A | 0.5000 |
| H | HS2 Physics | 1 | 2 | A | 0.5000 |
| H | HS2 Pre-Calculus BC | 1 | 2 | A | 0.5000 |
| N | Physical Education Service Learnin | 6 | 2 | P | 0.0000 |
| R | RS2 PE I | 1 | 2 | A | 0.5000 |

SEM WEIGHTED GPA: 5.0000 3.5000

Chicago Public Schools

[redacted]

**Chicago, IL 60610**

## High School Transcript of Student Progress

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Legal Name: | [redacted] | State SIS ID: | [redacted] | Guardian: | [redacted] | Date Graduated: | 06/07/2024 |
| Affirmed Name: | N/A | | | Address: | [redacted] | | |
| CPS ID: | [redacted] | | | | (8/6/2024[redacted] | | |
| Born: | [redacted] | | | | | | |
| Freshman SY: | 2020[redacted]2021 | | | | | | |
| Academic Plan: | [redacted]PreFresh Alg/Geo 18-present | | | | | | |

### SOPHOMORE YEAR

| Semester Ending | Days Absent | Times Tardy | Class Rank |
|---|---|---|---|
| SM1/SY22 | 0.0 | 0.0 | |
| CumGPA: | 5.0952 | Unweighted: | 4.0000 |
| SM2/SY22 | 2.0 | | |
| CumGPA: | 5.1429 | 0.0 Unweighted: | 4.0000 |

**FIRST SEMESTER**

| LV | SUBJECT NAME | YR | SM | GRADE | CREDIT |
|---|---|---|---|---|---|
| A | AS1 AP Calculus BC | 1 | 1 | A | 0.5000 |
| [redacted] A | AS1 AP Chemistry | 1 | 1 | A | 0.5000 |
| A | AS1 AP Chemistry Extended | 2 | 1 | A | 0[redacted]5000 |
| H | HS1 English II | 2 | 1 | A | 0.5000 |
| H | HS1 French IV | 4 | 1 | A | 0.5000 |
| H | HS1 United States History | 1 | 1 | A | 0.5000 |
| R | RS1 PE II | 2 | 1 | A | 0.5000 |

SEM WEIGHTED GPA: 5.2857 3.5000

**SECOND SEMESTER**

| LV | SUBJECT NAME | YR | SM | GRADE | CREDIT |
|---|---|---|---|---|---|
| A | AS2 AP Calculus BC | 1 | 2 | A | 0.5000 |
| A | AS2 AP Chemistry | 1 | 2 | A | 0.5000 |
| A | AS2 AP Chemistry Extended | 2 | 2 | A | 0[redacted]5000 |
| N | Driver Education Classroom | 1 | 1 | P | 0.0000 |
| H | HS2 English II | 2 | 2 | A | 0.5000 |
| H | HS2 French IV | 4 | 2 | A | 0.5000 |
| H | HS2 United States History | 1 | 2 | A | 0.5000 |
| N | Public Law 195 Test | 1 | 1 | P | 0.0000 |
| R | RS2 PE II | 2 | 2 | A | 0.5000 |

SEM WEIGHTED GPA: 5.2857 3.5000

### JUNIOR YEAR

| Semester Ending | Days Absent | Times Tardy | Class Rank |
|---|---|---|---|
| SM1/SY23 | 2.0 | 0.0 | |
| CumGPA: | 5.2286 | Unweighted: | 4.0000 |
| SM2/SY23 | 3.5 | | |
| CumGPA: | 5.2857 | 0.0 Unweighted: | 4.0000 |

**FIRST SEMESTER**

| LV | SUBJECT NAME | YR | SM | GRADE | CREDIT |
|---|---|---|---|---|---|
| A | AS1 AP Computer Science A | 3 | 1 | A | 0.5000 |
| A | AS1 AP English Language and | 1 | 1 | A | 0.5000 |
| A | AS1 AP Seminar | 1 | 1 | A | 0.5000 |
| A | AS1 AP Statistics | 1 | 1 | A | 0.5000 |
| H | HS1 Beginning Piano | 1 | 1 | A | 0.5000 |
| H | HS1 Biology | 1 | 1 | A | 0.5000 |
| H | HS1 Civics | 1 | 1 | A | 0.5000 |

SEM WEIGHTED GPA: 5.5714 3.5000

**SECOND SEMESTER**

| LV | SUBJECT NAME | YR | SM | GRADE | CREDIT |
|---|---|---|---|---|---|
| A | AS2 AP Computer Science A | 3 | 2 | A | 0.5000 |
| A | AS2 AP English Language and | 1 | 2 | A | 0.5000 |
| A | AS2 AP Seminar | 1 | 2 | A | 0.5000 |
| A | AS2 AP Statistics | 1 | 2 | A | 0.5000 |
| N | Civics Service Learning Project | 8 | 1 | P | 0.0000 |
| H | HS2 Beginning Piano | 1 | 2 | A | 0.5000 |
| H | HS2 Biology | 1 | 2 | A | 0.5000 |
| H | HS2 Human Rights | 1 | 2 | A | 0.5000 |

SEM WEIGHTED GPA: 5.5714 3.5000

### SENIOR YEAR

| Semester Ending | Days Absent | Times Tardy | Class Rank |
|---|---|---|---|
| SM1/SY24 | 6.0 | 0.0 | |
| CumGPA: | 5.3265 | Unweighted: | 4.0000 |
| SM2/SY24 | 10.0 | | |
| CumGPA: | 5.3571 | 0.0 Unweighted: | 4.0000 |

**FIRST SEMESTER**

| LV | SUBJECT NAME | YR | SM | GRADE | CREDIT |
|---|---|---|---|---|---|
| A | AS1 AP Microeconomics | 2 | 1 | A | 0.5000 |
| A | AS1 AP Physics C: Electricity and | 2 | 1 | A | 0.5000 |
| A | AS1 AP Physics C: Mechanics | 3 | 1 | A | 0.5000 |
| A | AS1 AP Research | 2 | 1 | A | 0.5000 |
| H | HS1 Advanced Mathematics (KAM) | 1 | 1 | A | 0.5000 |
| H | HS1 Asian American Literature | 1 | 1 | A | 0.5000 |
| H | HS1 Studio Sculpture[redacted] | 1 | 1 | A | 0.5000 |

SEM WEIGHTED GPA: 5.5714 3.5000

**SECOND SEMESTER**

| LV | SUBJECT NAME | YR | SM | GRADE | CREDIT |
|---|---|---|---|---|---|
| A | AS2 AP Microeconomics | 2 | 2 | A | 0.5000 |
| A | AS2 AP Physics C: Electricity and | 2 | 2 | A | 0.5000 |
| A | AS2 AP Physics C: Mechanics | 3 | 2 | A | 0.5000 |
| A | AS2 AP Research | 2 | 2 | A | 0.5000 |
| H | HS2 Advanced Mathematics (KAM) | 1 | 2 | A | 0.5000 |
| H | HS2 Asian American Literature | 1 | 2 | A | 0.5000 |
| H | HS2 Studio Sculpture[redacted] | 1 | 2 | A | 0.5000 |

SEM WEIGHTED GPA: 5.5714 3.5000

CPS high schools offer various learning experiences. To better understand each individual high school, please visit the following website

http://www.cps.edu/Schools/High_schools/Pages/Highschools.aspx

*Official transcripts are embossed with the school seal*

Chicago Public Schoo[redacted]

[redacted]

[redacted]

**Chicago, IL 60610**

## High School Transcript of Student Progress

Legal Name: [redacted]
Affirmed Name: N/A
CPS ID: [redacted]
Born: [redacted]
Freshman SY: 2020[redacted]2021
Academic Plan: [redacted]PreFresh Alg/Geo 18-present

State SIS ID: [redacted]

Guardian: [redacted]
Address: [redacted]
(8/6/2024[redacted]

Date Graduated: 06/07/2024

**ACADEMIC INFORMATION**

| | |
|---|---|
| CUMULATIVE WEIGHTED GPA: | 5.3571 |
| CUMULATIVE UNWEIGHTED GPA: | 4.0000 |
| CARNEGIE UNITS ATTEMPTED: | 28.0 |
| CARNEGIE UNITS COMPLETED: | 28.0 |

CLASS RANK:
CLASS SIZE:
AS OF:

**STANDARDIZED SCORES**

04/12/2023 SAT
TOTAL
READING
MATH
ESSAY READING
ESSAY WRITING
ESSAY ANALYSIS

**HONORS AND ACTIVITIES**

**TRANSFER CREDITS**

A - [redacted]

CPS high schools offer various learning experiences. To better understand each individual high school, please visit the following website

http://www.cps.edu/Schools/High_schools/Pages/Highschools.aspx

*Official transcripts are embossed with the school seal*