E-FILED
Friday, 10 April, 2026 03:32:44 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 14

# John Doe

(XXX) XXX-XXXX | johndoe@illinois.edu | github.com/johndoe

---

## Education

**University of Illinois at Urbana-Champaign    Aug. 2024 – May 2027**

*Bachelor of Science in Computer Science    GPA: 4.00*

**Relevant Coursework:** Algos & Models of Computation, Data Structures, Prob & Stat for CS, Database Systems

**Activities:** SIGPwny (cybersecurity student organization) — participated in FallCTF and Tracer FIRE cybersecurity exercises utilizing tools such as Malcolm, Velociraptor, Wireshark, Elastic, and related network defense/forensics platforms

---

## Technical Skills

**Languages & Frameworks:** Python, C++, SQL/PostgreSQL, Java, R, HTML/CSS/JavaScript, Node.js, Lua, Bash

**Security Tools:** Wireshark, Velociraptor, Malcolm, Elastic/Kibana, Nmap, Burp Suite, Ghidra, Metasploit

**Tools & Libraries:** Django, Supabase/Firebase, React/Next.js, OpenCV, Docker, Git, Linux/Unix

---

## Experience

**Summer Technology Intern    Jun. 2025 – Aug. 2025**

*Research Institute    Chicago, IL*

- Built full-stack web application using modern frameworks and relational databases to process and surface insights from large-scale datasets, applying secure coding practices throughout the development lifecycle
- Developed ETL pipeline scripts to clean, transform, and ingest data into secured database instances, ensuring data integrity and access controls
- Integrated authentication and session management services to enforce role-based access control and protect sensitive data at rest and in transit
- Collaborated on a policy-oriented simulation tool, applying structured frameworks to model organizational decision-making and risk assessment

---

## Projects

**Encrypted Messaging & Cipher Utility    Python, PostgreSQL, Flask**

- Developed a multi-platform cryptographic utility supporting 20+ encryption and decryption algorithms including classical and modern ciphers
- Scaled application to 135+ deployments with over 10,000 user interactions, demonstrating reliability and secure message handling
- Deployed with automated uptime monitoring, maintaining 99.4% availability and implementing logging for anomaly detection
- Achieved top 5 placement in a national hackathon through rapid prototyping of a secure web application

**AI-Powered Data Analysis Application    Python, Google Vertex AI, Streamlit**

- Built a custom AI chatbot leveraging large language model APIs to analyze and respond to domain-specific queries with contextual awareness
- Incorporated user-submitted data to generate personalized threat assessments and recommendations via secure input pipelines
- Validated application effectiveness through user study, achieving ~88% positive feedback on utility and accuracy of outputs

**Global Metrics Analytics Dashboard    R, QuartoPub, Plotly**

- Developed interactive analytics dashboard performing statistical analysis on large-scale international datasets to identify trends and correlations
- Created dynamic data visualizations including geospatial choropleth maps for country-level metric comparisons

**Real-Time Object Detection & Threat Estimation System    Python, OpenCV, YOLOv4**

- Engineered computer vision algorithm utilizing deep learning models (YOLOv4) and OpenCV for real-time object detection and proximity analysis
- Formulated custom nonlinear regression model to estimate physical parameters from video telemetry data
- Presented findings at state-level scientific exhibition, receiving top honors for technical innovation

---

## Activities

**Co-Founder, Outdoor Recreation Platform    Python, Django, PostgreSQL, Next.js**

- Co-founded a web platform aimed at connecting users for secure, location-based event coordination and peer networking
- Developing backend services including REST API design, user authentication, and secure data storage for event and profile management

**Robotics Programming Lead    Java, Android Studio**

- Led embedded systems software development, deploying code for autonomous and teleoperated control of robotic platforms
- Designed and delivered a STEM curriculum introducing students to hardware interfacing, single-board computing, and Python scripting
- Contributed to 10+ competition awards at regional and state-level engineering events