E-FILED
Friday, 10 April, 2026 03:32:45 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 15

ILLINOIS

STUDENT AFFAIRS
Counseling Center
610 E. John St., MC-306
Champaign, IL 61820

2/25/2026

To whom it may concern:

My name is Dr. Greyson Holliday and I work as a Clinical Counselor at the Counseling Center. I am writing this letter at the request of [redacted] (UIN: [redacted]). [redacted] has come to the Counseling Center 13 times during the Fall 2025 and Spring 2026 to discuss personal and academic concerns. [redacted] has requested that I write this letter stating he plans to continue to come to the Counseling Center to work on his aforementioned concerns in the Spring 2026.

Thank you and kind regards,

Greyson Holliday, Ph.D.