E-FILED
Friday, 10 April, 2026 03:32:45 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 16

| Date | History |
|---|---|
| August 29, 2025 | The Office for Student Conflict Resolution received a report from the University Title IX Office where Jane Roe (unaffiliated minor) was the complainant, and John Doe was the respondent. The University filed a complaint in lieu of the complainant due to the severity of the alleged actions reported to the University Title IX Office. |
| September 16, 2025 | Primary Investigator Young emailed complainant, Jane Roe (unaffiliated minor) the complainant outreach request to meet for a complainant intake meeting. |
| September 19, 2025 | Complainant Jane Roe responded to the complainant outreach via email attempting to schedule a time to meet for the complainant intake interview. |
| September 23, 2025 | Primary Investigator Young emailed complainant Jane Roe in response to her September 19, 2025, email, attempting to schedule a complainant intake meeting. |
| September 25, 2025 | Complainant Jane Roe responded to complainant outreach wanting to schedule a meeting for a complainant intake meeting. |
| October 14, 2025 | Primary Investigator Young emailed complainant Jane Roe again to follow up on scheduling a complainant intake meeting. |
| October 15, 2025 | Additional email exchange between Primary Investigator Young and complainant Jane Roe to schedule complainant intake meeting. There was difficulty due to her high school class schedule, being in another country, and privacy. Complainant Jane Roe expressed hesitancy in moving forward with the investigation stating that she was "unsure" if she "even had a solid case against him." Primary Investigator Young emailed her back informing her that it would be good to set up a meeting to discuss the process, participating as a complainant, and any questions she might have regarding moving forward. |
| October 25, 2025 | Additional email exchange between Primary Investigator Young and complainant Jane Roe to schedule complainant intake meeting. There was difficulty due to her high school class schedule, being in another country, and privacy. Complainant Jane Roe also informed Primary Investigator Young that she had been communicating with respondent John Doe in the past few days and she inquired about the possibility of dismissing the university disciplinary case. |
| October 31, 2025 | Primary Investigator Young responded to complainant Jane Roe's email about possibility of dismissing the disciplinary case against the respondent, informing her that we would not. Also inquired if she planned to participate as the complainant and provide an interview. Complainant Jane Roe never responded to this outreach. |
| November 5, 2025 | Respondent John Doe was sent an allegation notice and a no contact directive. Complainant Jane Roe was notified when the allegation notice was sent and the no contact directive requestor version was sent. The no contact directive was implemented by the university due to the complainant being a minor and the egregiousness of the allegation reported. |
| November 13, 2025 | Respondent John Doe met with Primary Investigator Young and Secondary Investigator Ellie Keane. Primary Investigator Young informed John Doe at the end of their meeting that she would be in touch to schedule a follow-up meeting at some point. |
| December 11, 2025 | Primary Investigator Young emailed a disciplinary case update to Respondent John Doe to inform him that she was reviewing evidence received and would email to set up a follow up meeting. |
| January 20, 2026 | Primary Investigator Young emailed Respondent John Doe to request a follow up meeting. |
| February 2, 2026 | Primary Investigator Young emailed witness Witness 2 and asked her to participate as a witness within the investigation. |
| February 12, 2026 | Witness 2 met with Primary Investigator Young and Secondary Investigator Keane. They were emailed their interview notes for review on February 18, 2026. Witness 2 also submitted evidence to investigators following her meeting. |
| February 16, 2026 | Respondent John Doe met with Primary Investigator Young and Secondary Investigator Keane for a follow up meeting. Respondent John Doe submitted evidence to investigators following the meeting. |

| Date | History |
|---|---|
| February 18, 2026 | Respondent John Doe was emailed their interview notes for review. |
| February 19, 2026 | Respondent John Doe submitted revised evidence to Primary Investigator Young. Primary Investigator Young emailed witness Witness 1 and asked her to participate as a witness within the investigation. Witness 1 responded same day stating she would call the next morning to schedule. |
| February 20, 2026 | Witness 2 provided a response to their interview notes. |
| February 21, 2026 | Primary Investigator Young emailed witness Witness 1 to follow up and inquire about scheduling a witness meeting. |
| February 23, 2026 | Primary Investigator [name] completed the evidence packet and contacted the complainant and respondent to inform them of this fact and give them until March 2, 2026, to review the evidence packet and provide a written response. A list of members of the Subcommittee on Sexual Misconduct is included, giving the respondent and complainant the opportunity to challenge the objectivity of anyone on that list based on the existence of a prior relationship that could result in substantial bias. |
| March 2, 2026 | Respondent John Doe reviewed the evidence packet and submitted a response on March 2, 2026, which included additional evidence. Primary Investigator met with witness Witness 1, and she decided not to participate in a meeting stating that everything she knows is or should be in the evidence already. Primary Investigator Young completed the final investigative report. The report was emailed to all parties on March 2, 2026. A panel of three members of the Subcommittee on Sexual Misconduct were to be assembled for the upcoming hearing. The final investigative report, evidence packet, and any responses supplied by the respondent or complainant was distributed to this panel. |