E-FILED
Friday, 10 April, 2026  03:34:28 PM
Clerk, U.S. District Court, ILCD

 Gmail

---

## Request for Legal Representation – Urgent Student Discipline Matter

---

**Mark Roth** <mark@rothlawllc.com>                           Fri, Apr 3, 2026 at 10:43 AM
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Cc: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮

Thank you for sending me this information, but given my schedule, and an upcoming trial, I will not be able to represent you.

Mark Roth

[Quoted text hidden]