E-FILED
Friday, 10 April, 2026 03:34:28 PM
Clerk, U.S. District Court, ILCD

Gmail [redacted]

# [CONFIDENTIAL] Request for Legal Representation – Urgent Student Discipline Matter

[redacted] Fri, Apr 3, 2026 at 12:47 PM
To: angelo@thesheppardlawfirm.com
Cc: [redacted]
Bcc: [redacted]

Hello Mr. Vasquez,

My name is [redacted] and I am a Computer Science student at the University of Illinois at Urbana–Champaign with a 4.0 GPA. I am currently involved in a student conduct disciplinary process and am awaiting a decision from the Senate Committee on Student Discipline, which may be issued no later than next Tuesday (4/7).

In the event of an unfavorable outcome—potentially including dismissal—I am seeking legal representation to protect my rights. Specifically, I would like to be prepared to file an emergency temporary restraining order in federal court to maintain or reinstate my student status and continue my coursework. My primary objective is to remain enrolled and complete my Bachelor's degree within the next year.

[redacted] I have attached the appeal document I submitted to the university, and I would be glad to provide any additional information or documentation that may be helpful. I understand that you have experience handling matters involving due process and university disciplinary proceedings, and I would greatly appreciate your consideration of my case.

Thank you for your time and attention. I look forward to your response.

Best regards,
[redacted]

---

**[CONFIDENTIAL]** [redacted]
454K