E-FILED
Friday, 10 April, 2026 03:34:28 PM
Clerk, U.S. District Court, ILCD

Gmail [redacted]

# Fwd: Next Steps Required Before Hiring KJK to Pursue Federal Litigation

[redacted] Wed, Apr 8, 2026 at 3:22 PM
To: [redacted]

**From:** "Anna E. Bullock" <aeb@kjk.com>
**Date:** April 8, 2026 at 3:17:22 PM CDT
**To:** [redacted]
**Subject: Next Steps Required Before Hiring KJK to Pursue Federal Litigation**

Dear [redacted]

Thank you for speaking with me this afternoon. I am following up to explain next steps if you are interested in hiring our firm to pursue litigation against the University of Illinois Urbana-Champaign.

[redacted]

Additionally, as I mentioned on our call, civil litigation of this type is very expensive. Federal cases can easily reach $100,000+ in legal fees, so you must be prepared for a significant economic commitment before agreeing to engage. We would require a $20,000 retainer to begin work on litigation. [redacted] with drafting complaint and could seek a TRO or other injunctive relief. Of course, we cannot guarantee success or a particular outcome in litigation.

[redacted]

Thank you,

**ANNA E. BULLOCK**
**Associate | KJK**

**D** 216.736.7223 | **M** 440.503.6213 | **E** aeb@KJK.com
1375 E 9th Street, 29th Floor | Cleveland, Ohio 44114
KJK.com | Confidentiality Notice

**Newsletter Sign-Up | KJK's Innovative Programs**

LinkedIn | Facebook | Twitter