E-FILED
Monday, 20 April, 2026  04:14:27 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 2:26-cv-02104 |
| | ) | |
| v. | ) | |
| | ) | Hon. Colleen R. Lawless |
| | ) | Magistrate Judge Eric I. Long |
| BOARD OF TRUSTEES OF THE | ) | |
| UNIVERSITY OF ILLINOIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS'**
**RESPONSE TO PLAINTIFF'S MOTIONS TO SEAL IDENTIFYING DOCUMENTS**
**PURSUANT TO LOCAL RULE 5.10 (DKTS. 11 & 13)**

Defendant the Board of Trustees of the University of Illinois ("Defendant"), by and through its counsel, respectfully submits this response to Plaintiff's Motions to Seal Identifying Documents Pursuant to Local Rule 5.10 (Dkts. 11 & 13).

As set forth in Defendant's Opposition to Plaintiff's Motion to Proceed Under Pseudonym and to File Identifying Documents Under Seal ("Defendant's opposition brief"), which Defendant incorporates in full here, Defendant agrees that it is essential to protect the identity of the non-party minor Jane Roe and ensure that her identity is not publicly disclosed in this matter. Accordingly, for the reasons in Defendant's opposition brief, Defendant agrees and likewise requests that the following materials should be filed under seal and/or redacted from any publicly filed document, including pleadings:

(i)     Jane Roe's name, contact information, and digital identifiers;

(ii)    Plaintiff's digital identifiers and personal contact information;

1

(iii)   any document, digital record, communication, or other material from the underlying student conduct proceeding that contains information that could potentially identify Jane Roe.

As explained in Defendant's opposition brief, however, Plaintiff fails to meet the Seventh Circuit's requirements for using the pseudonym "John Doe" in public findings, including because disclosing of Plaintiff's real name (as opposed to his online handle or username) would not be equivalent to revealing Jane Roe's identity. *See Doe v. Loyola Univ. Chi.*, 100 F. 4th 910, 914 (7th Cir. 2024). Accordingly, this Court should deny Plaintiff's request to redact his real name from public filings and proceed under a pseudonym. Plaintiff's University Student ID number, which has no connection to his digital identity, also does not need to be sealed or redacted in order to protect Jane's identity.

Plaintiff's second motion to seal (Dkt. 13) adds another specific document to the material he seeks to shield from public disclosure: Plaintiff's Exhibit 6, which includes three versions of a sexually suggestive photo that Plaintiff sent to Jane Roe. Defendant has no objection to a requirement that any version of that document should be filed under seal

## CONCLUSION

For the reasons set forth above and in its Opposition to Plaintiff's Motion to Proceed Under Pseudonym and to File Identifying Documents Under Seal, Defendant agrees that it is paramount to protect the identity and privacy interests of Jane Roe in this litigation. This can be accomplished by requiring that any identifying information regarding Jane Roe be filed under seal or redacted in public filings, with the pseudonym Jane Roe used in public filings, and requiring that Plaintiff's digital identifiers also be filed under seal or redacted from public filings. A pseudonym for Plaintiff in public filings, however, is plainly not warranted under the Seventh Circuit's standards.

Defendant thus respectfully requests that the Court enter an order directing that:

2

1. Any pleading or exhibit containing (i) Jane Roe's name, contact information, digital identifiers, or other potentially identifying personal information; (ii) Plaintiff's digital identifiers; (iii) Plaintiff's contact information; or (iv) any document, digital record, communication, or other material from the underlying student conduct proceeding that contains information that could potentially identify Jane Roe shall be filed under seal.

2. Redacted versions of all pleadings filed under seal shall be filed to the public docket.

3. Jane Roe shall be referred to by the pseudonym "Jane Roe" in any publicly filed pleading.


Dated: April 20, 2026                              Respectfully submitted,


                                                   */s/ Peter G. Land*
                                                   Peter G. Land
                                                   Attorney for Defendant the Board of
                                                   Trustees of the University of Illinois

                                                   Peter G. Land (Lead Counsel) #6229659
                                                   Gwendolyn B. Morales
                                                   Katherine M. Tierney
                                                   Husch Blackwell LLP
                                                   120 S. Riverside Plaza, Suite 2200
                                                   Chicago, Illinois 60606
                                                   (312) 655-1500
                                                   Peter.Land@huschblackwell.com
                                                   Gwendolyn.Morales@huschblackwell.com
                                                   Katherine.Tierney@huschblackwell.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on April 20, 2026, a copy of the above and foregoing document was filed with the Clerk of Court using the CM/ECF system by electronic filing and by delivery of this Motion to Plaintiff's University email address (which is not included here given the pending issue of whether Plaintiff will be allowed to sue using a pseudonym).

*/s/ Peter G. Land*