E-FILED
Monday, 20 April, 2026 04:19:16 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JOHN DOE,<br><br>Plaintiff<br><br>v.<br><br>BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS et al.,<br><br>Defendants | ) | No. 2:26-CV-02104<br><br>Judge Colleen R. Lawless |

**MOTION TO FILE UNDER SEAL**

Defendant the Board of Trustees of the University of Illinois, ("Defendant"), by and through its counsel, respectfully requests that this Court permit it to file under seal two documents: (1) Opposition to Plaintiff's Motion to Proceed Under Pseudonym and (2) Response to Plaintiff's Motions to File Identifying Documents Under Seal (collectively "Present Motions"). In support of this Motion, Defendant states as follows:

1. "The general rule is that the record of a judicial proceeding is public." *Jessup v. Luther*, 277 F.3d 926, 927 (7th Cir. 2002); *see also* L.R. 49.9(A)(2) ("The Court does not approve of filing documents under seal as a general matter."). However, "[w]hen there is a compelling interest in secrecy," such as "the privacy of children," "a trial record can be sealed." *Jessup*, 277 F.3d at 928.

2. As explained in more depth in the Present Motions, Plaintiff in this matter admitted to receiving and saving child pornography.

3. Defendant and Plaintiff agree that the minor's identity should be protected. *See* Dkt. 5 at ¶ 8 ("The Seventh Circuit expressly reaffirmed that protecting the identities of children, victims of sexual offenses, and vulnerable non-parties remains a compelling justification for anonymity.").

4. The Present Motions that Defendant seeks to file under seal seek this Court's guidance on the appropriate manner of protecting the minor's identity while also ensuring public access to the courts.

5. Given the highly sensitive nature of this case and the vulnerability of a minor, with whom Plaintiff admitted to engaging in an inappropriate relationship, Defendant respectfully requests to file the Present Motions under seal. Should this Court determine that none, or only portions of this record pertaining to the minor, be sealed, Defendant will comply with any Court order and file an appropriately redacted version of the Present Motions.

WHEREFORE, Defendant respectfully requests to file the Present Motions under seal to preserve the privacy of the minor involved in this matter.

Dated: April 20, 2026

Respectfully submitted,

*_/s/ Peter G. Land_*
Peter G. Land
Attorney for Defendant

Peter G. Land (Lead Counsel) #6229659
Gwendolyn B. Morales
Katherine M. Tierney
Husch Blackwell LLP
120 S. Riverside Plaza, Suite 2200
Chicago, Illinois 60606
(312) 655-1500
Peter.Land@huschblackwell.com
Gwendolyn.Morales@huschblackwell.com
Katherine.Tierney@huschblackwell.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on April 20, 2026, a copy of the above and foregoing document was filed with the Clerk of Court using the CM/ECF system and served upon Plaintiff by electronic filing and by delivery to Plaintiff's University email address (which is not included here given the pending issue of whether Plaintiff will be allowed to sue using a pseudonym).

*/s/ Peter G. Land*